

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

John Thompson,                              \* From the 35th District Court
                                              of Brown County
                                              Trial Court No. CV1403091.

v. No. 11-16-00040-CV                        \* September 22, 2016

Guitar Veterinarian Service, Inc.,           \* Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has considered the agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against John Thompson.